IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICKY D. IVY, JR.                                                                                        PLAINTIFF

      v.                                    Civil No. 10-5258

MS. DONAHUE, Corporal,
Washington County Detention Center                                                       DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    Ricky D. Ivy, Jr., filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on December 28, 2010.  His complaint was filed *in forma pauperis*.

    On October 2nd, I entered an order (Doc. 29) granting the Defendant's motion to compel.  Plaintiff was directed to provide the Defendant with discovery responses by October 15th.  On October 16th, Defendant filed a motion to dismiss (Doc. 33).  In the motion, Defendant states she has not received the discovery responses from the Plaintiff.

    This case is scheduled for an evidentiary hearing on November 5, 2012.  The parties responses to the scheduling order were due by no later than October 5th.

    As Plaintiff is proceeding *pro se* and *in forma pauperis* the Court will issue and serve all subpoenas and writs.  The Court cannot do so without receiving Plaintiff's list of proposed witnesses.

    On October 12th a show cause order (Doc. 32) was entered.  Plaintiff was given until October 22, 2012, to file his response to the show cause order setting forth the reasons he believes this case should not be dismissed based on his failure to respond to the scheduling order.  To date, no response to the show cause order or the motion to compel has been filed.  No mail has been returned to the Court as undeliverable.  Plaintiff has not communicated with the Court in anyway.

    I therefore recommend that the Defendant's motion to dismiss (Doc. 33) be granted.  This case should be dismissed based on Plaintiff's failure to comply with the order of the Court and his

failure to prosecute this action. *See* Fed. R. Civ. P. 41(b). The evidentiary hearing will be canceled.

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of October 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE