```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**RICKY D. IVY, JR.**                                                  PLAINTIFF

       v.        Civil No. 10-5258

**MS. DONAHUE, Corporal,**
**Washington County Detention Center**                                 DEFENDANT

### O R D E R

Now on this 13th day of November, 2012, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #35). The Court, being well and sufficiently advised, finds and orders as follows:

1. Magistrate Judge Erin L. Setser recommended that the case be dismissed for plaintiff's failure to comply with the Court's order compelling discovery responses and his failure to respond to a show-cause order.

2. On November 9, 2012, plaintiff filed Objections (document #37), in which he reiterates the allegations in his Complaint. The Objections fail to address any aspect of the Report and Recommendation.

3. The Court finds that the Report and Recommendation is sound in all respects, and that plaintiff has stated neither law nor fact to refute it.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #35) is hereby **adopted *in toto***, and plaintiff's Objections are overruled.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed with prejudice** based on plaintiff's failure to obey the orders of the Court and failure to prosecute this action.

**IT IS SO ORDERED.**

                                                           /s/ Jimm Larry Hendren
                                                          **JIMM LARRY HENDREN**
                                                          **UNITED STATES DISTRICT JUDGE**